# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| WILLIAM RICHARD, <br><br> Plaintiff, <br><br> v. <br><br> WEXFORD HEALTH SOURCES, INC., a/k/a WEXFORD HEALTH CARE PROVIDERS; DR. TIM CHAMBERLAIN, AMBER ALLEN, JOHN R. BALDWIN and J.R. WHEAT, <br><br> Defendants. | Case Number 17-cv-50232 <br><br> Hon. Judge Philip G. Reinhard <br><br> Magistrate Judge Margaret J. Schneider |

## JOINT STATUS REPORT ON SETTLEMENT

Subsequent to the parties October 22nd Joint Status Report, the Plaintiff and the IDOC Defendants continued their settlement discussions in the Rockford Litigation, including the Plaintiff's rejection of the IDOC Defendants' initial offer and his communication of a reduced counter-offer. Counsel for both parties continued communicating with their respective clients and with each other, but have been unable to reach an agreed resolution of the Plaintiff's remaining claims.

Notwithstanding the parties' inability to reach a resolution on their own, they have agreed that the Court's involvement in settlement discussions may provide material assistance to the parties in reaching an agreed resolution, and perhaps more to the point, that without such assistance, there does not appear to be a likelihood of settlement by the parties alone.

Accordingly, it is the request of counsel for the Plaintiff and the IDOC Defendants that the Court schedule this matter for a settlement conference to assist the parties with their efforts at reaching an agreed resolution of the Plaintiff's remaining claims.

Counsel for the Wexford Defendants has taken no position regarding the matters addressed in this Report.

Respectfully Submitted,

1

By: /s/ J. Daniel Porter
   One of the Attorneys for Plaintiff,
   WILLIAM RICHARD

J. Daniel Porter
Stacy K. Shelly
Langhenry, Gillen, Lundquist & Johnson
6785 Weaver Road, Suite 2E
Rockford, IL 61114
(815) 636-1800
(815) 636-2860 (Fax)
dporter@lglfirm.com
sshelly@lglfirm.com

By: /s/ Andrew J. O'Donnell
   One of the Attorneys for Defendants
   AMBER ALLEN, JOHN BALDWIN,
   and J.R. WHEAT

Andrew J. O'Donnell, Asst Atty. Gen.
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601
(312) 814-4659
Andrew.odonnell@ilag.gov

By: /s/ Stephen J. Gorski
   One of the Attorneys for Defendants,
   WEXFORD HEALTH SOURCES, INC.
   and DR. TIM CHAMBERLAIN

Matthew H. Weller
Stephen J. Gorski
CASSIDAY SCHADE LLP
120 W. State Street, Suite 401
Rockford, IL 61101
(815) 964-8130
mweller@cassiday.com
sgorski@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2021, I electronically filed the foregoing document with the Clerk of the Court for Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

By: s/ J. Daniel Porter

J. Daniel Porter
Langhenry, Gillen, Lundquist & Johnson, LLC
6785 Weaver Road, Suite 2E
Rockford, IL 61114
(815) 636-1800
(815) 636-2860 (Fax)
dporter@lglfirm.com